O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-06118 AHM (MANx) | Date | June 23, 2009 |
|---|---|---|---|
| Title | DANIEL ALVAREZ v. COUNTY OF LOS ANGELES *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court orders counsel for Plaintiff to file by not later than noon on June 26, 2009 a declaration under seal and *in camera* setting forth the specific reasons for his motion to withdraw as counsel of record.

|  | : |
|---|---|
| Initials of Preparer | SMO |