1  Calvin R. House (Bar No. 134902)
   Angel D. Pluas (Bar No. 256478)
2  GUTIERREZ, PRECIADO & HOUSE, LLP
   3020 East Colorado Blvd.
3  Pasadena, California  91107
   (626) 449-2300
4
   Attorneys for Defendants,
5  COUNTY OF LOS ANGELES; ROBERT FULOP;
   KENNETH DAILY; STEVE SATHER; &
6  HIE FRAZIER

JS-6

FILED
CLERK, U.S. DISTRICT COURT

NOV - 5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALVAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; ROBERT FULOP; KENNETH DAILY; STEVE SATHER; HIE FRAZIER; and DOES 1 through 10, in their individual and official capacities,<br><br>    Defendants. | CASE NO. CV 08-06118 AHM (MANx)<br>Assigned to Hon. A. Howard Matz<br>Courtroom 14<br><br>**STIPULATION OF DISMISSAL**<br><br>IT IS SO ORDERED<br>Dated _11/5/09_<br><br>_[signature]_<br>United States District Judge |

IT IS HEREBY STIPULATED by and between Plaintiff DANIEL ALVAREZ and Defendants, COUNTY OF LOS ANGELES, ROBERT FULOP, KENNETH DAILY, STEVE SATHER, and HIE FRAZIER (collectively "Defendants"), through their designated counsel, if any, that the above-captioned action be and hereby is dismissed **with prejudice** pursuant to FRCP 41(a)(1).

Date: October _31_, 2009

For:  Plaintiff Daniel Alvarez          By: _[signature]_

                                        Daniel Alvarez
                                        In Pro Per

N:\COLA\Alvarez, Daniel\PLEADING\RULE 41 STIP.wpd        1

STIPULATION OF DISMISSAL

1

2   Date: October_____, 2009

3   For:   Defendants County of Los      GUTIERREZ, PRECIADO & HOUSE, LLP
           Angeles, Robert Fulop,
4          Kenneth Daily, Steve Sather,
           & Hie Frazier
5
                                         By: _____
6                                             Angel D. Pluas
                                              Attorneys for Defendants
7                                             COUNTY OF LOS ANGELES;
                                              ROBERT FULOP; KENNETH DAILY;
8                                             STEVE SATHER; & HIE FRAZIER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28